# United States District Court

EASTERN DISTRICT OF WISCONSIN

**ROBERT HOEPPNER**,

        Plaintiff,

    v.

**KILOLO KIJAKAZI,**
**Acting Commissioner for Social Security,**

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **23-CV-605**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑     **Decision by Court.** This action came on for consideration and a decision has been rendered.

        **IT IS HEREBY ORDERED AND ADJUDGED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: August 30, 2023

GINA M. COLLETTI
Clerk of Court

*s/ Amanda Chasteen*
(By) Deputy Clerk